**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**
DON SPRINGMEYER, ESQ.
Nevada Bar No.: 1021
BRADLEY S. SCHRAGER, ESQ.
Nevada Bar No.: 10217
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
(702) 341-5200/Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY KUNKLE, | Case No. 2:19-cv-01871-APG-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| C R BARD INCORPORATED, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, by and through their counsel of record, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ACTIVE 48388290v1

1 | This dismissal does not toll or extend any applicable statute of limitations.

Dated this 5th day of February 2020.

| **WOLF, RIFKIN, SHAPIRO,** | **GREENBERG TRAURIG, LLP** |
| **SCHULMAN & RABKIN, LLP** | |

By: */s/ Don Springmeyer*
Don Springmeyer - NSB 1021
Bradley S. Schrager - NSB 10217
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone: 702-341-5200/Fax: 702-341-5300

Scott R. Seideman *(Pro Hac Vice Pending)*
(TX SBN: 24004910)
200 Adriatic Parkway, Suite 120
McKinney, Texas 75072
T: (214) 752-0443
Email: sseid@seidlaw.com

*Attorneys for Plaintiff*
*Kimberly Kunkle*

By: */s/ Eric W. Swanis*
Eric W. Swanis, Esq.
Nevada Bar No. 6840
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: swanise@gtlaw.com


Gregory R. Tan, Esq.
Admitted Pro Hac Vice
Casey Shpall, Esq.
Admitted Pro Hac Vice
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email:  shpallc@gtlaw.com
  tangr@gtlaw.com

*Attorney for Defendants C. R. Bard, Inc. and*
*Bard Peripheral Vascular, Inc.*

## ORDER

**IT IS SO ORDERED:**

Dated: February 5, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE